OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 10 2007
DAVID J. MALAND, CLERK
BY DEPUTY

Eastern DISTRICT OF Texas

UNITED STATES OF AMERICA
V.
John Doe, aka Rene Rodriguez

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 5:07MJ 41

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about November, 2007 (Date) in Titus County, in the Eastern District of Texas defendant(s) did,

Sealed

(Track Statutory Language of Offense)
For the purpose of obtaining a thing of value and with the intent to deceive, falsely represent a number to be his Social Security number, when in fact such number was not assigned to said defendant by the Commissioner of Social Security

in violation of Title 42 United States Code, Section(s) 408(a)(7)(B) .

I further state that I am a(n) Special Agent of the U.S. ICE (Official Title) and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

[signature]
Signature of Complainant

George Ramirez, Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

12-10-07 @ 12:55 pm at Texarkana Texas
Date City State

Judge Caroline Craven U.S. Magistrate Judge
Name of Judge Title of Judge

[signature: Caroline M. Craven]
Signature of Judge